IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MURRAY GARRETT,

Plaintiff,

vs.

UNION PACIFIC RAILROAD CO.,

Defendant.

**8:23CV244**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 112). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice, without award of costs, disbursements, or attorneys' fees to any party.

Dated this 8th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge